**Dismissed and Opinion Filed January 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00865-CV

### TANISHA MITCHELL, Appellant
### V.
### JOHNATHAN MITCHELL, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-15888**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

By correspondence dated June 26, 2013, the Court notified appellant that the filing fee in this case was unpaid and due within 10 days of the date of the notice. The Court advised appellant that failure to pay the filing fee within 10 days would result in dismissal of the case without further notice. Also by correspondence dated June 26, 2013, the Court notified appellant that the docketing statement had not been filed in this appeal. The Court advised appellant that failure to file a proper docketing statement within 10 days of the date of the notice could result in the dismissal of the appeal. As of today's date, the Court has received no further communication from appellant. The filing fee remains unpaid and the docketing statement has not been filed.

Accordingly, we **DISMISS** the captioned appeal. *See* TEX. R. APP. P. 42.3(c).

130865F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TANISHA MITCHELL, Appellant

No. 05-13-00865-CV      V.

JOHNATHAN MITCHELL, Appellee

On Appeal from the 301st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-12-15888.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee JOHNATHAN MITCHELL recover his costs of this appeal from appellant TANISHA MITCHELL.

Judgment entered January 31, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE